UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DICKIE RAY HENRY                          CIVIL ACTION

VERSUS                                    NUMBER: 12-2724

CAROLYN W. COLVIN, ACTING                 SECTION: "C"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**.

New Orleans, Louisiana, this 25 day of November, 2013.

UNITED STATES DISTRICT JUDGE